IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BENJAMIN M. DYKMAN,

    Plaintiff,

    v.                                          Case No. 23-cv-217-jdp

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN
SYSTEM,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Board of Regents of the University of Wisconsin System against plaintiff Benjamin M. Dykman dismissing this case.

| s/ Deputy Clerk | 11/28/2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |