TO: UNITED STATES COURT OF APPEALS FOR THE 7TH CIRCUIT

ALSO: COURT OF THE WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

BENJAMIN M. DYKMAN,
Plaintiff.

Submitted 1/4/24

v.

DISTRICT COURT NO. 3:23-CV-00217-jdp

BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM,
Defendant.

## DOCKETING STATEMENT PURSUANT TO CIRCUIT RULE 3(c).

The Federal District Court (Western District of Wisconsin) had jurisdiction on this action which involved claims under 2 federal laws, i.e., the American's with Disabilities Act (amended 2008) and the Rehabilitation Act (1973) pursuant to 28 U.S.C. § 1331 (general federal question jurisdiction).

The Western District of Wisconsin is the proper venue for this action because a substantial part of the events or omissions giving rise to the claims occurred in this judicial district within the meaning of 28 U.S.C. § 1391.

This Court has jurisdiction of this appeal pursuant to 28 U.S.C. § 1291.

The Plaintiff filed this action with the Western District Court on 4/7/23 (Dkt #1). That Court entered a Decision and Order

(Dkt.#13) granting the Defendant's Motion to Dismiss (Dkt. #6), except for an Order granting the Plaintiff leave to file a Sur-Reply (Dkt. #13), which Plaintiff had already submitted (Dkt.#12). The Western District Court rendered it's final Judgment on 11/28/23 (Dkt#14).

A Notice of Appeal of the Western District Court's final Judgment was timely filed by the Plaintiff (Dkt. #15).

No motion for a new trial, nor any request for alteration of the judgment, has been filed since the entry of the District Court's final judgment on 11/28/23 (Dkt. #14). Nor has the Plaintiff ever been designated by any Court to have "3 strikes".

There have been no appellate proceedings.

Respectfully submitted, 1/4/24.

*Ben Dykman*

Ben Dykman,
Plaintiff, Pro Se
875 N. High Point Rd.
Madison, WI 53717
Cell Phone: 608 287 9733

Note: A copy of this Docketing Statement is being served to the Defendant through the Court's E-filing system.